IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*******************************************

KEVIN McGOVERN,
        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil Action No.
04-CV-1244 (FJS/GJD)

**AMENDED STIPULATION OF REMAND**

*******************************************

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: 7/6/05

        s/s Frederick W Murad
Frederick W. Murad, Esq.
MURAD & MURAD
5 Rutger Park
Utica, New York 13501
Attorney for Plaintiff

Dated: July 6, 2005

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: 7/11/05
Syracuse, New York

_____
HON. GUSTAVE J. DIBIANCO
U.S. MAGISTRATE JUDGE