# United States District Court
### Northern District of New York
## AMENDED CIVIL JUDGMENT

**KEVIN MCGOVERN**

                                 *Plaintiff*

                 **VS.**                           **6:04-CV-1244 (FJS/GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

                                 *Defendant*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 USC section 405(g).

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 11th day of July, 2005.

**JULY 11, 2005**                                    **LAWRENCE K. BAERMAN**
_____         _____

**DATE**                                                     **CLERK OF COURT**

                                                                  **s/**

                                                       _____

                                                   **JOANNE BLESKOSKI**
                                                   **DEPUTY CLERK**